| | |
|---|---|
| 1 | DENNIS MOSS (Cal. State Bar No. 077512) |
| | GREGORY N. KARASIK (Cal. State Bar No. 115834) |
| 2 | SPIRO MOSS BARNESS HARRISON & BARGE LLP |
| | 11377 W. Olympic Blvd., Fifth Floor |
| 3 | Los Angeles, CA 90064-1683 |
| | Telephone: (310) 235-2468 |
| 4 | Facsimile: (310) 235-2456 |
| | dennisfmoss@yahoo.com |
| 5 | gkarasik@smbhblaw.com |
| 6 | PETER M. HART (Cal. State Bar No. 198691) |
| | LAW OFFICES OF PETER M. HART |
| 7 | 13952 Bora Bora Way, F-320 |
| | Marina Del Rey, CA 90292 |
| 8 | Telephone: (310) 478-5789 |
| | Facsimile: (509) 561-6441 |
| 9 | hartpeter@msn.com |
| 10 | Attorneys for Plaintiffs |
| | DONNA CATHERINE WONG |
| 11 | |
| 12 | JEFFREY D. WOHL (Cal. State Bar No. 96838) |
| | JULIE A. WILKINSON (Cal. State Bar No. 209180) |
| | RISHI N. SHARMA (Cal. State Bar No. 239034) |
| 13 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| | 55 Second Street, 24th Floor |
| 14 | San Francisco, California 94105-3441 |
| | Telephone: (415) 856-7000 |
| 15 | Facsimile: (415) 856-7100 |
| | jeffwohl@paulhastings.com |
| 16 | juliewilkinson@paulhastings.com |
| | rishisharma@paulhastings.com |
| 17 | |
| | Attorneys for Defendant |
| 18 | TARGET CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONNA CATHERINE WONG, individually and on behalf of all others similarly situated, | | No. C 06 CV 05398 WDB |
| | | **STIPULATION AND [PROPOSED] ORDER TO SERVE INITIAL DISCLOSURES BY DECEMBER 11, 2006** |
| | Plaintiff, | |
| vs. | | Date: November 29, 2006 |
| | | Time: 4:00 p.m. |
| TARGET CORPORATION, a Delaware corporation; and DOES 1 through 20, inclusive, | | Courtroom: 4 |
| | | Judge: Hon. Wayne D. Brazil |
| | Defendants. | |

LEGAL_US_W # 54931462.1

STIP. AND ORDER RE: INITIAL DISCLOSURES
U.S.D.C., N.D. Cal., No.-C-06-CV-05398-WDB

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 26(a)(1), plaintiff Donna Catherine Wong and defendant Target Corporation hereby stipulate to extend the deadline for serving initial disclosures to December 11, 2006; and request that the Court substitute the parties' stipulated date for the deadline stated in paragraph 10 of the parties' Joint Case Management Statement and Case Management Order, filed on November 8, 2006. The parties require additional time to complete their initial disclosures.

Dated: November ___, 2006.

DENNIS MOSS
GREGORY N. KARASIK
SPIRO MOSS BARNESS HARRISON & BARGE LLP

PETER M. HART
LAW OFFICES OF PETER M. HART

By: _____
Gregory N. Karasik
Attorneys for Plaintiff
Donna Catherine Wong

Dated: November 20, 2006.

JEFFREY D. WOHL
JULIE A. WILKINSON
RISHI N. SHARMA
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
Jeffrey D. Wohl
Attorneys for Defendant
Target Corporation

LEGAL_US_W # 54931462.1

STIP. AND ORDER RE: INITIAL DISCLOSURES
U.S.D.C., N.D. Cal., No.-C-06-CV-05398-WDB

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 26(a)(1), plaintiff Donna Catherine Wong and defendant Target Corporation hereby stipulate to extend the deadline for serving initial disclosures to December 11, 2006; and request that the Court substitute the parties' stipulated date for the deadline stated in paragraph 10 of the parties' Joint Case Management Statement and Case Management Order, filed on November 8, 2006. The parties require additional time to complete their initial disclosures.

Dated: November 20, 2006.

DENNIS MOSS
GREGORY N. KARASIK
SPIRO MOSS BARNESS HARRISON & BARGE LLP

PETER M. HART
LAW OFFICES OF PETER M. HART

By: _____
Gregory N. Karasik
Attorneys for Plaintiff
Donna Catherine Wong

Dated: November __, 2006.

JEFFREY D. WOHL
JULIE A. WILKINSON
RISHI N. SHARMA
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
Jeffrey D. Wohl
Attorneys for Defendant
Target Corporation

LEGAL_US_W # 54931462.1

STIP. AND ORDER RE: INITIAL DISCLOSURES
U.S.D.C., N.D. Cal., No.-C-06-CV-05398-WDB

## ORDER

On the parties' stipulation, and good cause appearing therefor,

IT IS SO ORDERED.

Dated: November 21, 2006.  /s/ Wayne D. Brazil
                                                                                     _____
                                                                                             Wayne D. Brazil
                                                                                     United States Magistrate Judge

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 55 Second Street, Twenty-Fourth Floor, San Francisco, California 94105-3441.

On November 21, 2006, I served the following document described as:

- **STIPULATION AND [PROPOSED] ORDER TO SERVE INITIAL DISCLOSURES BY DECEMBER 11, 2006**

on the interested parties by placing true and correct copy thereof in an envelope addressed as follows:

> Peter M. Hart
> Law Offices of Peter M. Hart
> 13952 Bora Bora Way, F-320
> Marina Del Rey, CA 90292

[X] **VIA OVERNIGHT MAIL:**

VIA United Parcel Service: :By delivering such document(s) to an overnight mail service or an authorized courier in a sealed envelope or package designated by the express service courier addressed to the person(s) on whom it is to be served.

[ ] **VIA U.S. MAIL:**

I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice such sealed envelope(s) would be deposited with the U.S. postal service on November 21, 2006 with postage thereon fully prepaid, at San Francisco, California.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on November 21, 2006, at San Francisco, California.

*Meredith Mitchell*
Meredith Mitchell