United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DONNA CATHERINE WONG,
individually and on behalf of all
others similarly situated,

         Plaintiff,

      v.

TARGET CORPORATION, a
Delaware corporation; and DOES 1
through 20, inclusive,

         Defendants.
_____/

No. C  06-05398 WDB

ORDER RE: STIPULATION FOR
PROTECTIVE ORDER

     On November 10, 2006, the parties submitted a Proposed Stipulated Protective Order.
The Court hereby orders the parties to submit a Revised Protective Order that includes a
provision clarifying that information sought to be protected as "CONFIDENTIAL
INFORMATION" must be properly subject to protection under the standards developed
under Federal Rule of Civil Procedure 26(c), and that counsel must not designate any
discovery material "CONFIDENTIAL INFORMATION" without first making a good faith
determination that protection is warranted.

IT IS SO ORDERED.

Dated:  November 21, 2006

                             */s/ Wayne D. Brazil*
                             _____
                             WAYNE D. BRAZIL
                             United States Magistrate Judge

Copies to:  parties, WDB, stats