UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA CATHERINE WONG, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> TARGET CORPORATION, a Delaware corporation; and DOES 1 through 20, inclusive, <br><br> Defendants. _____/ | No. C 06-05398 WDB <br><br> ORDER FOLLOWING INITIAL CASE MANAGEMENT CONFERENCE |

On November 29, 2006, the parties appeared for an Initial Case Management Conference. Having heard from both sides about how the action is likely to proceed and after reviewing the Joint Case Management Statement, the Court ORDERS that **by no later than April 1, 2007,** counsel for Plaintiff shall file a letter in this Court, with a copy to Defendants' counsel, informing the Court what has transpired since the Case Management Conference on November 29, 2006.

IT IS SO ORDERED.

Dated: November 30, 2006

/s/ Wayne D. Brazil

WAYNE D. BRAZIL
United States Magistrate Judge

Copies to: parties, WDB, stats

1