UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA CATHERINE WONG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>Defendants.<br>_____/ | No. C 06-05398 WDB<br><br>ORDER SETTING FURTHER STATUS CONFERENCE |

On November 29, 2006, the parties appeared for a Case Management Conference, after which the Court ordered that by no later than April 1, 2007, counsel for Plaintiff file a letter informing the Court what transpired since the initial Case Management Conference. On March 30, 2007, Plaintiff's counsel filed such a letter and informed the Court that the parties had undertaken preliminary discovery and had agreed to participate in a mediation tentatively scheduled for the latter part of May. The parties also requested that another status conference be scheduled for June. Accordingly, the Court hereby sets the next status conference for **Thursday, June 28, 2007, at 1:30 p.m.** The parties may appear in person or by telephone. If a party wishes to appear by telephone, that party must notify the Court by calling 510-637-3324 at least two days before the conference.

IT IS SO ORDERED.

Dated: April 10, 2007

_____
WAYNE D. BRAZIL
United States Magistrate Judge

1