DENNIS MOSS (Cal. State Bar No. 077512)
GREGORY N. KARASIK (Cal. State Bar No. 115834)
SPIRO MOSS BARNESS LLP
11377 W. Olympic Blvd., Fifth Floor
Los Angeles, California 90064-1683
Telephone: (310) 235-2468
Facsimile: (310) 235-2456
dennisfmoss@yahoo.com
greg@spiromoss.com

PETER M. HART (Cal. State Bar No. 198691)
LAW OFFICES OF PETER M. HART
13952 Bora Bora Way, F-320
Marina Del Rey, California 90292
Telephone: (310) 478-5789
Facsimile: (509) 561-6441
hartpeter@msn.com

Attorneys for Plaintiff
DONNA CATHERINE WONG

JEFFREY D. WOHL (Cal. State Bar No. 96838)
JULIE A. WILKINSON (Cal. State Bar No. 209180)
RISHI N. SHARMA (Cal. State Bar No. 239034)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, California 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffwohl@paulhastings.com
juliewilkinson@paulhastings.com
rishisharma@paulhastings.com

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA CATHERINE WONG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>Defendant. | No. C 06 CV 05398 WDB<br><br>**FURTHER JOINT CASE MANAGEMENT STATEMENT AND [~~PROPOSED~~] CASE MANAGEMENT ORDER**<br><br>Date: June 28, 2007<br>Time: 1:30 p.m.<br>Courtroom: 4<br>Judge: Hon. Wayne D. Brazil |

**FURTHER JOINT CASE MANAGEMENT STATEMENT**

Pursuant to Local Rule 16-10(d), plaintiff Donna Catherine Wong and defendant Target Corporation jointly submit this Case Management Statement and request the Court to adopt the accompanying proposed order.

The parties participated in private mediation on May 23, 2007, before Michael Loeb of Judicial Arbitration and Mediation Services in San Francisco. Unfortunately, the parties were unable to settle plaintiff's claims. However, the parties believe that continuing settlement discussions, including a second mediation, would be productive. To that end, the parties request a continuance of the stay of this action for an additional 90 days to facilitate those discussions. The parties further request that the Court set a further case management in October of this year, by which the parties will report whether the case has been settled or litigation should resume.

Dated: June 14, 2007.

DENNIS MOSS
GREGORY N. KARASIK
SPIRO MOSS BARNESS LLP

PETER M. HART
LAW OFFICES OF PETER M. HART

By:  /s/ Gregory N. Karasik
         Gregory N. Karasik
         Attorneys for Plaintiff
         Donna Catherine Wong

Dated: June 14, 2007.

JEFFREY D. WOHL
JULIE A. WILKINSON
RISHI N. SHARMA
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By:  /s/ Jeffrey D. Wohl
         Jeffrey D. Wohl
         Attorneys for Defendant
         Target Corporation

**FURTHER JOINT CASE MANAGEMENT STATEMENT**

Pursuant to Local Rule 16-10(d), plaintiff Donna Catherine Wong and defendant Target Corporation jointly submit this Case Management Statement and request the Court to adopt the accompanying proposed order.

The parties participated in private mediation on May 23, 2007, before Michael Loeb of Judicial Arbitration and Mediation Services in San Francisco. Unfortunately, the parties were unable to settle plaintiff's claims. However, the parties believe that continuing settlement discussions, including a second mediation, would be productive. To that end, the parties request a continuance of the stay of this action for an additional 90 days to facilitate those discussions. The parties further request that the Court set a further case management in October of this year, by which the parties will report whether the case has been settled or litigation should resume.

Dated: June 14, 2007.

DENNIS MOSS
GREGORY N. KARASIK
SPIRO MOSS BARNESS LLP

PETER M. HART
LAW OFFICES OF PETER M. HART

By: _____
Gregory N. Karasik
Attorneys for Plaintiff
Donna Catherine Wong

Dated: June 14, 2007.

JEFFREY D. WOHL
JULIE A. WILKINSON
RISHI N. SHARMA
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
Jeffrey D. Wohl
Attorneys for Defendant
Target Corporation

LEGAL_US_W # 56455585.1

JT CMC STMT, PROPOSED ORDER
U.S.D.C., N.D. Cal., No.-C-06-CV-05398-WDB

**CASE MANAGEMENT ORDER**

At the request of the parties, and good cause appearing therefore,

IT IS ORDERED that proceedings in this action are stayed for an additional 90 days from the entry of this order. A further case management conference will be held on October 2, 2007, at 1:30 p.m., with a joint case management conference statement to be filed at least ten days before.

Dated: June 21, 2007.

_____
Wayne D. Brazil
United States Magistrate Judge