1  DENNIS MOSS (Cal. State Bar No. 077512)
   GREGORY N. KARASIK (Cal. State Bar No. 115834)
2  SPIRO MOSS BARNESS LLP
   11377 W. Olympic Blvd., Fifth Floor
3  Los Angeles, California 90064-1683
   Telephone: (310) 235-2468
4  Facsimile: (310) 235-2456
   dennisfmoss@yahoo.com
5  greg@spiromoss.com

6  PETER M. HART (Cal. State Bar No. 198691)
   LAW OFFICES OF PETER M. HART
7  13952 Bora Bora Way, F-320
   Marina Del Rey, California 90292
8  Telephone: (310) 478-5789
   Facsimile: (509) 561-6441
9  hartpeter@msn.com

10 Attorneys for Plaintiff
   DONNA CATHERINE WONG

11

12 JEFFREY D. WOHL (Cal. State Bar No. 96838)
   JULIE A. WILKINSON (Cal. State Bar No. 209180)
   RISHI N. SHARMA (Cal. State Bar No. 239034)
13 PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street, 24th Floor
14 San Francisco, California 94105-3441
   Telephone: (415) 856-7000
15 Facsimile: (415) 856-7100
   jeffwohl@paulhastings.com
16 juliewilkinson@paulhastings.com
   rishisharma@paulhastings.com
17
   Attorneys for Defendant
18 TARGET CORPORATION

19                    UNITED STATES DISTRICT COURT
20
21                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 22  DONNA CATHERINE WONG, individually and on behalf of all others similarly situated,<br><br>23<br>Plaintiff,<br>24<br>vs.<br>25<br>26  TARGET CORPORATION, a Delaware corporation; and DOES 1 through 20, inclusive,<br>27<br>Defendant. | No. C 06 CV 05398 WDB<br><br>**JOINT REPORT ON THE STATUS OF SETTLEMENT; [PROPOSED] ORDER ADOPTING JOINT REPORT** |

28

**JOINT REPORT ON THE STATUS OF SETTLEMENT**

Pursuant to the Court's September 24, 2007, further case management order requiring the parties to report to the Court on their efforts to complete documentation of their settlement, the parties jointly notify the Court of the following:

1. The parties continue to make progress on the documentation of their settlement, without undue delay and in good faith.

2. The parties have not complete the documentation of their settlement because of their good-faith efforts to address the complexities of plaintiff's class-wide claims, the nature of recovery to the class, and the requirements of the Class Action Fairness Act of 2005.

3. The parties will continue to work diligently, timely, and in good-faith to complete the documentation of their settlement, but are unable to predict at this stage any deadlines for their completion of these efforts.

4. The parties ask the Court to set a date of December 14, 2007, for the parties to report further to the Court on the status of their efforts to complete documentation of their settlement.

Dated: October 19, 2007.

DENNIS MOSS
GREGORY N. KARASIK
SPIRO MOSS BARNESS LLP

PETER M. HART
LAW OFFICES OF PETER M. HART

By: /s/ Gregory N. Karasik
Gregory N. Karasik
Attorneys for Plaintiff
Donna Catherine Wong

Dated: October 19, 2007.

JEFFREY D. WOHL
RISHI N. SHARMA
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: /s/ Rishi N. Sharma
Rishi N. Sharma
Attorneys for Defendant
Target Corporation

**CASE MANAGEMENT ORDER**

At the request of the parties, and good cause appearing therefore,

IT IS ORDERED:

1.  The proceedings in this action will remain stayed pending further order of the Court.

3.  The parties will report back to the Court not later than December 14, 2007, on the status of their efforts to complete documentation of their settlement.

Dated: October 22, 2007.

_____
Wayne D. Brazil
United States Magistrate Judge