1  DENNIS MOSS (Cal. State Bar No. 077512)
   GREGORY N. KARASIK (Cal. State Bar No. 115834)
2  SPIRO MOSS BARNESS LLP
   11377 W. Olympic Blvd., Fifth Floor
3  Los Angeles, California  90064-1683
   Telephone:  (310) 235-2468
4  Facsimile:  (310) 235-2456
   dennisfmoss@yahoo.com
5  greg@spiromoss.com

6  PETER M. HART (Cal. State Bar No. 198691)
   LAW OFFICES OF PETER M. HART
7  13952 Bora Bora Way, F-320
   Marina Del Rey, California  90292
8  Telephone:  (310) 478-5789
   Facsimile:   (509) 561-6441
9  hartpeter@msn.com

10 Attorneys for Plaintiff
   DONNA CATHERINE WONG
11
   JEFFREY D. WOHL (Cal. State Bar No. 96838)
12 RISHI N. SHARMA (Cal. State Bar No. 239034)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
13 55 Second Street, 24th Floor
   San Francisco, California  94105-3441
14 Telephone: (415) 856-7000
   Facsimile: (415) 856-7100
15 jeffwohl@paulhastings.com
   rishisharma@paulhastings.com
16
   Attorneys for Defendant
17 TARGET CORPORATION

18

19                  UNITED STATES DISTRICT COURT

20                NORTHERN DISTRICT OF CALIFORNIA

21 DONNA CATHERINE WONG,                    No. C 06 CV 05398 WDB
   individually and on behalf of all others
22 similarly situated,                      **STIPULATION RE: FILING OF FIRST
                                            AMENDED COMPLAINT; [PROPOSED]**
23               Plaintiff,                 **ORDER**

24       vs.

25 TARGET CORPORATION, a Delaware
   corporation; and DOES 1 through 20,
26 inclusive,

27               Defendants.

28

1

**STIPULATION**

2    Plaintiff Donna Catherine Wong and defendant Target Corporation ("Target"), by and through

3 their respective counsel of record, hereby stipulate and respectfully request that the Court grant leave to

4 plaintiff to file her First Amended Complaint, attached to this stipulation as Exhibit A.

5    Dated: December 19, 2007.        DENNIS MOSS
                                       GREGORY N. KARASIK
6                                      SPIRO MOSS BARNESS LLP

7                                      PETER M. HART
                                       LAW OFFICES OF PETER M. HART
8

9                                      By: /s/ Dennis F. Moss
                                           Dennis F. Moss
10                                          Attorneys for Plaintiff
                                            Donna Catherine Wong
11

12   Dated:  December 19, 2007.        JEFFREY D. WOHL
                                       RISHI N. SHARMA
13                                     PAUL, HASTINGS, JANOFSKY & WALKER LLP

14

15                                     By: /s/ Rishi N. Sharma
                                           Rishi N. Sharma
                                           Attorneys for Defendant
16                                         Target Corporation

17

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2       At the request of the parties, and good cause appearing therefore,

3       PURSUANT TO STIPULATION, IT IS ORDERED:

4       1.      Plaintiff is granted leave to file a First Amended Complaint in the form attached to the

5   parties' stipulation as Exhibit A.

6       2.      Plaintiff will serve and file her First Amended Complaint within 10 days after entry of

7   this order, and Target will serve and file its response to plaintiff's First Amended Complaint within 10

8   days after the date that plaintiff serves and files her First Amended Complaint.

9       Dated:  December ___, 2007.
                                                20

10  _____
                            Wayne D. Brazil
                    United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2