1  DENNIS MOSS (Cal. State Bar No. 077512)
   GREGORY N. KARASIK (Cal. State Bar No. 115834)
2  SPIRO MOSS BARNESS LLP
   11377 W. Olympic Blvd., Fifth Floor
3  Los Angeles, California 90064-1683
   Telephone: (310) 235-2468
4  Facsimile: (310) 235-2456
   dennisfmoss@yahoo.com
5  greg@spiromoss.com

6  PETER M. HART (Cal. State Bar No. 198691)
   LAW OFFICES OF PETER M. HART
7  13952 Bora Bora Way, F-320
   Marina Del Rey, California 90292
8  Telephone: (310) 478-5789
   Facsimile: (509) 561-6441
9  hartpeter@msn.com

10 Attorneys for Plaintiff
   DONNA CATHERINE WONG
11
   JEFFREY D. WOHL (Cal. State Bar No. 96838)
12 RISHI N. SHARMA (Cal. State Bar No. 239034)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
13 55 Second Street, 24th Floor
   San Francisco, California 94105-3441
14 Telephone: (415) 856-7000
   Facsimile: (415) 856-7100
15 jeffwohl@paulhastings.com
   rishisharma@paulhastings.com
16
   Attorneys for Defendant
17 TARGET CORPORATION

18

19                     UNITED STATES DISTRICT COURT

20                    NORTHERN DISTRICT OF CALIFORNIA

21 DONNA CATHERINE WONG,                    No. C-06-5398-WDB
   individually and on behalf of all others
22 similarly situated,                      **DECLARATION OF AMANDA J. MYETTE RE.
                                            DISTRIBUTION DATE**
23             Plaintiff,

24       vs.

25 TARGET CORPORATION, a Delaware
   corporation; and DOES 1 through 20,
26 inclusive,

27             Defendants.

28

I, Amanda J. Myette, have been fully sworn according to law, depose and say as follows:

1. I am a Project Manager for Rust Consulting, Inc. ("Rust Consulting"). My business address is 625 Marquette Avenue, Suite 880, Minneapolis, Minnesota 55402-2469. My telephone number is 612-359-2022. I am over twenty-one years of age and authorized to make this declaration on behalf of Rust Consulting and myself.

2. Rust Consulting was engaged by counsel for plaintiff Donna Catherine Wong, the Class Representative, and counsel for Target Corporation ("Target") (collectively the "Parties") to provide settlement administration services in the *Wong v. Target Corp.* Settlement ("Settlement").

3. During the fund distribution phase of the Wong v. Target settlement, Rust Consulting determined that due to the volume of payments to be printed and mailed, as well as the large amount of funds being distributed, an additional week would be desired to complete a thorough quality control check of the printing and mailing process.

4. Rust Consulting requests the fund distribution date of all settlement shares be moved to September 26, 2008, rather that the previous date of September 19, 2008.

I declare under penalty of perjury under the laws of the Unite States, that the foregoing is true and correct to the best of my knowledge.

Executed on September 17, 2008, at Minneapolis, Minnesota.

*/s/ Amanda J. Myette*
Amanda J. Myette

## ORDER

On the parties' stipulation, and good cause appearing therefor,

IT IS SO ORDERED.

Dated: September 18, 2008.

_____
Wayne D. Brazil
United States Magistrate Judge